CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 166035
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY RIOS,<br><br>　　　Plaintiff,<br><br>　v.<br><br>50 THIRD STREET OWNER, LP, a Delaware Limited Partnership; 50 THIRD STREET OWNER GP, LLC, a Delaware Limited Liability Company;<br><br><br>　　　Defendants, | **Case:** 3:21-cv-00265-CRB<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Mary Rios, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　　Defendants 50 Third Street Owner, LP, a Delaware Limited Partnership and 50 Third Street Owner, GP, LLC, a Delaware Limited Liability Company have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: May 02, 2021　　　　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　　By: /s/ Amanda Seabock
　　　　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

1